■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ECKHOFF, Appellant. [841 NYS2d 895]—Appeals by the defendant from two judgments of the Supreme Court, Suffolk County (Mullen, J.), both rendered February 24, 2006, convicting him of burglary in the third degree under indictment No. 2005-05, and burglary in the third degree, resisting arrest, and operating a vehicle while under the influence of drugs under indictment No. 2594-05, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant knowingly, voluntarily, and intelligently waived his right to appeal as part of the plea agreements (see generally *People v Lopez*, 6 NY3d 248 [2006]; *People v Lococo*, 92 NY2d 825 [1998]; *People v Hidalgo*, 91 NY2d 733 [1998]; *People v Backus*, 43 AD3d 409 [2007]). The defendant's valid waiver encompasses any challenge to the sentences as being excessive (see *People v Lopez*, 6 NY3d 248 [2006]; *People v Vasquez*, 40 AD3d 1019 [2007]). Miller, J.P., Skelos, Covello and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAN GRIFFIN, Appellant. [844 NYS2d 162]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Braun, J.), imposed September 8, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.